IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JORY STRIZICH,<br><br>  Petitioner,<br><br>vs.<br><br>BRIAN GOOTKIN, ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>  Respondents. | Cause No. CV 23-24-H-BMM-JTJ<br><br>ORDER |

Pending before the Court is Petitioner Strizich's Motion to Alter Judgment pursuant to Fed. R. Civ. P. 59(e). (Doc. 17)  Strizich asks this Court to reconsider the previous order dismissing this matter.  (*Id.*)

On May 5, 2025, this matter was dismissed based upon Strizich's failure to prosecute and comply with the Court's orders, including the order directing him to file an amended petition.  *See* (Doc. 10.)  Strizich filed an amended petition on May 23, 2025.  (Doc. 14.) U.S. Magistrate Judge Johnston subsequently entered an order reopening the case, (Doc. 15), and directed Defendant State of Montana to respond to Strizich's amended petition.  (Doc. 16.)  U.S. Magistrate Judge Johnston observed that throughout these proceedings Strizich has been incarcerated

1

in Cheshire, Connecticut, and while this fact alone did not excuse Strizich's failure to timely comply with the Court's deadlines and directives, the filing of the amended petition warranted reopening of the matter. (Doc. 15 at 1-2.) It appears that Strizich prepared the instant motion prior to receiving U.S. Magistrate Judge Johnston's May 28, 2025 Order.

Accordingly, Strizich's Motion to Alter (Doc. 17) is DENIED as moot.

DATED this 13th day of June, 2025.

_____
Brian Morris, Chief District Judge
United States District Court